# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **DOCKET No**. 4:20-cr-00385 |
| | § | |
| **vs.** | § | |
| | § | |
| **JAMES DAVID JIMERSON** | § | |
| | § | |

## DEFENDANT JAMES DAVID JIMERSON'S UNOPPOSED MOTION TO CONTINUE

**TO THE HONORABLE UNITED STATES DISTRICT COURT CHIEF JUDGE LEE H. ROSENTHAL:**

**COMES NOW, JAMES DAVID JIMERSON,** Defendant in the above styled and numbered cause and files his Unopposed Motion to Continue the trial and pretrial settings in this matter and in support thereof would show the Court as follows:

### I.

1. Defendant Jimerson is charged with a criminal indictment with conspiracy to possess with intent to distribute methamphetamine, possession with intent to distribute methamphetamine, conspiracy to possess with intent to distribute cocaine and possession with intent to distribute cocaine.

2. This matter is currently set for trial on **February 10, 2025**. Counsel for Defendant Jimerson seeks continuance of this matter because he needs additional time to review this matter.

**II.**

This Continuance is not sought for the purpose of delay but in the interest of Justice. The continuance will permit counsel to effectively represent his client and to handle several other pending legal matters.  The defendant request that the Court continue this matter for 120 days.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant prays that his unopposed motion to continue be **GRANTED**.

Respectfully submitted,
*/s/Russell Wilson II*
RUSSELL WILSON II
Texas State Bar No. 00794870
The Law Offices of Russell Wilson II
1910 Pacific Ave. Suite 12050
Dallas, Texas 75201
469-573-0211
972-704-2907 (FAX)

russell@russellwilsonlaw.com

Attorney for Defendant
**JAMES DAVID JIMERSON**

## **CERTIFICATE OF SERVICE**

This is to certify that on January 28, 2025, a true and correct copy of the above and foregoing document was served on all parties via ECF.

*/s/Russell Wilson II*
RUSSELL WILSON II

## **CERTFICATE OF CONFERENCE**

Prior to filing this motion, I conferred with counsel for all parties and the motion is unopposed by the government and all of the codefendants in this matter.

*/s/Russell Wilson II*
RUSSELL WILSON II