IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-20-385 |
| | § | |
| RIGOBERTO LARA, *et al.*, | § | |

**O R D E R**

The defendant, James David Jimerson, filed an unopposed motion for continuance, (Docket Entry No. 233). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 12, 2025 |
| Responses are to be filed by: | May 27, 2025 |
| Pretrial conference is reset to**:** | **June 2, 2025, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 9, 2025, at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days before the final pretrial conference.

SIGNED on January 29, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge